UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TIMOTHY CHUDLEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos.: 3:14-CR-17-TAV-HBG-2 |
| | ) | 3:16-CV-362-TAV |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** and **ADJUDGED** that Petitioner's supplemented § 2255 motion [Docs. 156, 157] is **DISMISSED WITHOUT PREJUDICE** pursuant to his notice of voluntary dismissal [Doc. 166]. The Clerk's Office is **DIRECTED** to terminate the civil case associated therewith [E.D. Tenn. Case No. 3:16-CV-362-TAV]. The United States' motion to deny and dismiss with prejudice [Doc. 165] is **DENIED as moot**.

**ENTER:**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   s/ Debra C. Poplin
    CLERK OF COURT